

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00561-CV

**IN RE ESTATE OF GEORGE LEE MABE**, Deceased

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2012-PC-0373
Honorable Polly Jackson Spencer, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  March 13, 2013

DISMISSED FOR LACK OF JURISDICTION

Appellant filed a notice of appeal on August 30, 2012 indicating her intent to appeal an "Order on Motion to Compel Discovery Responses" signed on August 17, 2012 in the underlying probate proceeding. Having determined that the order appeared to be interlocutory, we ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. Appellant responded by filing several documents, none of which addressed the jurisdictional issue. Appellee filed a response requesting that the appeal be dismissed for want of jurisdiction because the order sought to be appealed is interlocutory. The appellate record confirms that the August 17, 2012 order is interlocutory in that it does not dispose of all pending claims and parties in the pending probate proceeding, and no severance order appears in the record. *See City of Beaumont v. Guillory*, 751 S.W.2d 491, 492 (Tex. 1988); *Lehmann v. Har-*

*Con Corp.*, 39 S.W.3d 191, 200 (Tex. 2001) (judgment that does not dispose of all parties and causes of action is not final and appealable). Further, this type of interlocutory order is not included within section 51.014 of the Civil Practice and Remedies Code as an order from which an interlocutory appeal is authorized. TEX. CIV. PRAC. & REM. CODE ANN. § 51.014. Therefore, we must dismiss the appeal. *Lehmann*, 39 S.W.3d at 200. Accordingly, this appeal is dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a).


PER CURIAM